# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00179-MR
# (CRIMINAL CASE NO. 1:12-cr-00020-MR-5)

KEITH ARTHUR VINSON,        )
                            )
                Petitioner,        )
                            )
vs.                         )        **ORDER**
                            )
UNITED STATES OF AMERICA,   )
                            )
                Respondent.       )
_____ )

**THIS MATTER** is before the Court on Petitioner's Motion for Release of CJA-20 [Doc. 22].

The Petitioner moves for the documents containing the narrative billing records submitted by Petitioner's trial counsel in support of a Criminal Justice Act Form 20 voucher payment (hereinafter "CJA-20") for the period of August 2, 2012 to October 20, 2013. [Doc. 22]. The Petitioner argues that the documents containing these narrative billing records may contain information relevant and material to the issues set for the evidentiary hearing in this matter. [See id. at 2-3].

The documents containing the detail supporting the CJA-20 in question were processed by the Office of the Federal Defenders and the District Court

for this District. Because Circuit approval was also required, such documents were also forwarded to the Forth Circuit Court of Appeals. After diligent search of the records of the Federal Defenders Office, the District Court and the Court of Appeals, no copy of such documents can be located. As such, the relief sought by the Petitioner cannot be granted, thus rendering Petitioner's motion moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Release of CJA-20 [Doc. 22], is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Signed: June 7, 2019

Martin Reidinger
United States District Judge