# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **KEITH ARTHUR VINSON,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-CV-00179-MR |
| | ) | 1:12-CR-20-MR-DSC-5 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2020 Order.

March 11, 2020

Frank G. Johns, Clerk
United States District Court